ANDREW M. GOLD (SBN 146228)
BOGATIN, CORMAN & GOLD
300 Frank H. Ogawa Plaza, Suite 370
Oakland, CA  94612
(510) 832-5005; Fax (510) 832-5020

Attorney for Plaintiff MASTERFILE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASTERFILE CORPORATION,<br><br>            Plaintiff,<br><br>        v.<br><br>Wespac Plan Services, Inc., a California Corporation; Wespac Benefit & Insurance Services, Inc, a California Corporation; and Wespac Advisors, LLC, a California Limited Liability Company,<br>            Defendants. | Case No.:  CV 06-02776 CRB<br><br>**NOTICE OF DISMISSAL (Fed. R. Civ. P. 41(a)(1)** |

Pursuant to Fed.R.Civ.P. Rule 41(a)(1), plaintiff Masterfile Corporation ("Masterfile"), hereby dismisses the present action.

Dated: June 16, 2006

IT IS SO ORDERED
Judge Charles R. Breyer

BOGATIN CORMAN & GOLD

___s/_____
ANDREW M. GOLD
Attorneys for Plaintiff

June 20, 2006

NOTICE OF VOLUNTARY DISMISSAL

1